

**ORDERED in the Southern District of Florida on July 1, 2022.**

Mindy A. Mora, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: | CASE NO. 20-15810-MAM |
| | Chapter 13 |
| PATTIANN OLDHAM | |
| SSN: XXX-XX-9964 | |
| Debtor(s), | |
| _____/ | |

**ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR APPROVAL OF SALE
OF HOMESTEAD REAL PROPERTY [ECF 96]**

**THIS MATTER** having come on for hearing on July 01, 2022, on the "Consent" portion of the Chapter 13 calendar on Debtor's Emergency Motion for Approval of Sale of Homestead Real Property [ECF 96] (The "Motion") filed by the Debtor, Pattiann Oldham. Based on the Debtor's assertions made in support of the Motion, and the Limited Response to the Motion [ECF 99] filed by U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust, and no other parties appearing in opposition to the Motion, it is:

**ORDERED** that the Motion [ECF 96] be, and the same is hereby granted, and it is further **ORDERED as follows:**

1.  That the property located at 6369 Ungerer Street, Jupiter, FL 33458 and more particularly described as follows:

> Lot 10, Block 48 of North Palm Beach Heights, A subdivision of that part of Section 15, Township 41 South, Range 42 East, lying East of the Right of Way line of Sunshine State Parkway, according to the preliminary plat prepared by E. Elliott Gross and Associates, 306 Florida Avenue, West Palm Beach Florida, PCN: 30-42-41-15-01-048-0100, constitutes the homestead of the Debtor and may be sold free and clear of all judicial liens.

2.  From the closing proceeds, the closing agent is hereby authorized to pay secured encumbrances, taxes, closing costs, fees and other customary expenses. The Mortgage of U.S Bank Trust National Association, as Trustee of the Chalet Series III Trust, serviced by SN Servicing Corporation ("the Secured Creditor") shall receive its full payoff pursuant to an updated payoff statement good through the close of escrow; Secured Creditor's lien shall attach to the proceeds of sale until such time as the Secured Creditor's lien is fully satisfied from the proceeds; and the closing of the sale shall be completed within 60 days of the entry of the Order approving the sale of the Homestead Property. From the proceeds of the sale, the closing agent is hereby ordered to disburse all remaining proceeds payable to the Debtor Pattiann Oldham. The Debtor will provide the Trustee with copies of the documents pertaining to the sale no later than 5 days following the closing. Debtor will modify the chapter 13 plan after the closing and remove arrears and regular monthly payments to SN Servicing Corporation and Loxahatchee River District. The Trustee shall continue to make payments to all creditors under the confirmed plan until further order of this Court. An Order discharging the Debtor will be issued in the normal course upon completion of the plan.

###

**Submitted by:**
**James E. Copeland, Esq.**
**James Earl Copeland, P.A.**
**P.O. Box 32877**
**Palm Beach Gardens, FL 33420**
**Telephone: (561) 881-8989**
**Facsimile: (561) 881-8985**
**Jamesecopeland@bellsouth.net**

**Copies to: All parties of record**

**Attorney JAMES E. COPELAND, ESQ. is directed to serve copies of this Order on the parties listed and file a certificate of service.**